

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>D-1 KENNETH SMITH<br>D-2 JAELYN SMITH<br>D-3 TROY LOWERY,<br><br>Defendants.<br>_____/ | Case:2:21-cr-20140<br>Judge: Murphy, Stephen J.<br>MJ: Grand, David R.<br>Filed: 03-03-2021 At 03:48 PM<br>INDI USA V KENNETH SMITH, ET AL (LG)<br><br>Violations:<br>18 U.S.C. §§ 922(a)(1)(A), 923(a), 924(a)(1)(D)<br>18 U.S.C. §§ 922(n), 924(a)(1)(D)<br>18 U.S.C. § 922(a)(6)<br>18 U.S.C. § 922(g)(1) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. §§ 922(a)(1)(A), 923(a), 924(a)(1)(D)
*Engaging in the Business of Selling Firearms Without a License*

D-1 Kenneth Smith

Between on or about December 10, 2020, to on or about January 4, 2021, in the Eastern District of Michigan, the defendant, Kenneth Smith, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D).

1

## COUNT TWO
### 18 U.S.C. §§ 922(n), 924(a)(1)(D)
*Illegal Receipt of a Firearm by a Person Under Indictment*

D-1 Kenneth Smith

On or after August 13, 2020, in the Eastern District of Michigan, the defendant, Kenneth Smith, knowing that he was then under indictment for a crime punishable by a term of imprisonment exceeding one year, to wit: Felony – Unarmed Robbery and Weapons – Felony Firearm, did willfully receive a firearm, that is, a Glock, 19 X, 9mm, semi-automatic firearm, said firearm having been shipped and transported in interstate commerce; all in violation of 18 U.S.C. §§ 922(n) and 924(a)(1)(D).

## COUNT THREE
### 18 U.S.C. §§ 922(n), 924(a)(1)(D)
*Illegal Receipt of a Firearm by a Person Under Indictment*

D-1 Kenneth Smith

On or after September 30, 2020, in the Eastern District of Michigan, the defendant, Kenneth Smith, knowing that he was then under indictment for a crime punishable by a term of imprisonment exceeding one year, to wit: Felony – Unarmed Robbery and Weapons – Felony Firearm, did willfully receive a firearm, that is, a Smith & Wesson, M&P, 9mm caliber, semi-automatic firearm, said firearm having

been shipped and transported in interstate commerce; all in violation of 18 U.S.C. §§ 922(n) and 924(a)(1)(D).

## COUNT FOUR
18 U.S.C. §§ 922(n), 924(a)(1)(D)
*Illegal Receipt of a Firearm by a Person Under Indictment*

D-1 Kenneth Smith

On or after May 2, 2020, in the Eastern District of Michigan, the defendant, Kenneth Smith, knowing that he was then under indictment for a crime punishable by a term of imprisonment exceeding one year, to wit: Felony – Unarmed Robbery and Weapons – Felony Firearm, did willfully receive a firearm, that is, a Smith & Wesson, M&P, 9mm caliber, semi-automatic firearm, said firearm having been shipped and transported in interstate commerce; all in violation of 18 U.S.C. §§ 922(n) and 924(a)(1)(D).

## COUNT FIVE
18 U.S.C. §§ 922(a)(6)
*Making a False Statement During Purchase of a Firearm*

D-2 Jaelyn Smith

On or about December 11, 2020, in the Eastern District of Michigan, defendant Jaelyn Smith, in connection with the acquisition of a firearm, that is, a Glock 29, 10mm semi-automatic pistol, from Action Impact, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly

made a false and fictitious written statement to Action Impact, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the Jaelyn Smith falsely represented that he was the "actual buyer" of said firearm on a Department of Justice, Bureau of Alcohol, Tobacco, and Firearms, and Explosives Form 4473, Firearms Transaction Record; in violation of 18 U.S.C. § 922(a)(6).

## COUNT SIX
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

D-3 Troy Lowery

On or about January 4, 2021, in the Eastern District of Michigan, the defendant, Troy Lowery, knowing that he had previously been convicted of a crime punishable by a term exceeding one year, did knowingly possess a firearm, that is, a Glock, model 19, 9mm pistol, which had previously traveled in and affected interstate commerce; all in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)
CRIMINAL FORFEITURE

The allegations contained in Counts One through Six of this Indictment are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of the offenses in violation of 18 U.S.C. §§ 922 and 924 set forth in Counts One through Six of this Indictment, the convicted defendant(s) shall forfeit to the United States any firearms and ammunition involved in or used in the knowing commission of the offense(s).

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

MATTHEW A. ROTH
Chief, Major Crimes Unit

*s/ Meghan Sweeney Bean*
MEGHAN SWEENEY BEAN
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-0214
meghan.bean@usdoj.gov

Dated: March 3, 2021

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov( | Case:2:21-cr-20140<br>Judge: Murphy, Stephen J.<br>MJ: Grand, David R.<br>Filed: 03-03-2021 At 04:40 PM<br>INDI USA V KENNETH SMITH, ET AL (LG<br>) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to compl

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)¹: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: MSD |

**Case Title:** USA v. D-1 Kenneth Smith, D-2 Jaelyn Smith, D-3 Troy Lowery

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony      ☐ Misdemeanor      ☐ Petty

____Indictment/____Information --- **no** prior complaint.
✓ Indictment/____Information --- based upon prior complaint [Case number: 21-mj-30015   ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

March 3, 2021
Date

*/s/ Meghan S. Bean*
Meghan Sweeney Bean
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-0214
Fax:    313-226-2372
E-Mail address: Meghan.Bean@usdoj.gov
Attorney Bar #: P80790

---

¹ Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.